**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHIKEZIE OTTAH,

                       Plaintiff,

   -against-                                   19 **CIVIL** 8289 (PAE) (RWL)

                                                **JUDGMENT**

CHIKEZIE OTTAH,

                       Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 19, 2020, Defendant's motion to dismiss is granted in its entirety; accordingly, this case is closed.

**Dated:** New York, New York

      May 20, 2020

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                        **Clerk of Court**
                               **BY:**
                                                        _____
                                                        **Deputy Clerk**